```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 15513
    LILLIE M THOMAS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1433


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/20/2004 and was confirmed 07/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
DOVENMUEHLE MORTGAGE     CURRENT MORTG         .00             .00            .00
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED             .00            .00
CITIBANK NA              UNSEC W/INTER   NOT FILED             .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     1800.95          177.82        1800.95
ECAST SETTLEMENT CORP    UNSEC W/INTER     2637.74          260.42        2637.74
RESURGENT CAPITAL SERVIC UNSEC W/INTER      960.30           91.72         960.30
RETAILERS NATIONAL BANK  UNSEC W/INTER      365.73           36.90         365.73
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      210.00             .00         210.00
RESURGENT CAPITAL SERVIC UNSEC W/INTER      507.84           48.83         507.84
ROBERT J ADAMS & ASSOC   DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN               TRUSTEE                                            538.77
DEBTOR REFUND            REFUND                                             162.98

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               9,800.00

PRIORITY                                        210.00
SECURED                                            .00
UNSECURED                                     6,272.56
    INTEREST                                    615.69
ADMINISTRATIVE                                2,000.00
TRUSTEE COMPENSATION                            538.77
DEBTOR REFUND                                   162.98
                    --------------         --------------
TOTALS                9,800.00                9,800.00




               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 15513 LILLIE M THOMAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 07/29/08
                              /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE